Submitted on record and briefs November 23, reversed December 15, 2004

In the Matter of Alan E. Bradsteen,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

ALAN E. BRADSTEEN,
*Appellant.*

0212-73484; A120277

106 P3d 647

Liza Langford filed the brief for appellant.

Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

**PER CURIAM**

Appellant appeals the trial court's decision committing him to the custody of the Mental Health Division for a period of 180 days. ORS 426.130. We reverse.

Appellant was held for five judicial days after he was placed on a hospital hold. *See* ORS 426.232. At the end of that period, he was placed on a second hold for five days. The hearing on his case occurred on the tenth day after the initial hold. Appellant argues, and the state concedes, that the second hold violated ORS 426.232(2), which provides that "under no circumstances may the person [held on a hospital hold] be held for longer than five judicial days." ORS 426.095(2) requires a hearing within five judicial days except in circumstances that did not exist in this case. We agree with the parties that the statutes are unambiguous in this respect. Because the hearing did not occur within the required period, the trial court should have dismissed the case.

Reversed.